622

447 A.2d 654

Commonwealth v. Lark, Appellant.

Submitted October 5, 1981. Daniel P. McElhatton, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Angelo A. Guarino is affirmed.